UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SCOTT VAN HUISEN,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

Defendants.

No.  2:23-cv-02900-DJC-EFB (PC)

ORDER

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The action was dismissed and the case closed on January 29, 2026.  ECF Nos. 28, 29.

Petitioner has filed a motion for leave to amend the complaint.  ECF No. 30.  The motion is incomprehensible, and, because the case has been closed, is DENIED.

So ordered.

DATED: March 9, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1